**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Order Filed on October 7, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-007683-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Wells Fargo Bank, National Association, as
trustee for the holders of the First Franklin Mortgage Loan
Trust 2006-FF15 Mortgage Pass-Through Certificates, Series
2006-FF15, Secured Creditor

Case No.: **19-26545-MBK**

Chapter 13

Judge: Michael B. Kaplan

In Re:

**Shannan Colleen Harrigan**

Debtor(s).

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT 242 GREAT BAY BLVD, TUCKERTON, NJ 08087

Recommended Local Form Modified

The relief set forth on the following page, numbered two (2) through three (3), is

hereby **ORDERED**.

**DATED: October 7, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Shannan Colleen Harrigan
Case No.: **19-26545-MBK**
Caption of Order: **Order Vacating Stay As To Real Property Located at 242 Great Bay Blvd, Tuckerton, NJ 08087**

Upon the motion of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 (the "Creditor"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is ORDERED:

1. That the motion is granted, and the stay is terminated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Creditor's rights in the real property more fully described as:

   242 Great Bay Blvd, Tuckerton, NJ 08087

2. That the Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. That the Creditor may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. That the Creditor, or its servicer, shall be permitted to reasonably communicate with debtor(s) and debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

5. That the trustee is directed to cease making any further distributions to the Creditor.

(Page 3 of 3)

Debtor: Shannan Colleen Harrigan
Case No.: **19-26545-MBK**
Caption of Order: **Order Vacating Stay As To Real Property Located at 242 Great Bay Blvd, Tuckerton, NJ 08087**

6. That this Order shall survive the conversion of this case to any other chapter of the

Bankruptcy Code and remain in full force and effect.

7. That the Creditor shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.