UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-007683-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15, Secured Creditor

Case No.: **19-26545-MBK**

Chapter 13

Judge: Michael B. Kaplan

In Re:

**Shannan Colleen Harrigan**

Debtor(s).

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT 242 GREAT BAY BLVD, TUCKERTON, NJ 08087

Recommended Local Form Modified

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 7, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 3)

Debtor: Shannan Colleen Harrigan
Case No.: **19-26545-MBK**
Caption of Order: **Order Vacating Stay As To Real Property Located at 242 Great Bay Blvd, Tuckerton, NJ 08087**

---

Upon the motion of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 (the "Creditor"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is ORDERED:

1. That the motion is granted, and the stay is terminated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Creditor's rights in the real property more fully described as:

   242 Great Bay Blvd, Tuckerton, NJ 08087

2. That the Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. That the Creditor may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. That the Creditor, or its servicer, shall be permitted to reasonably communicate with debtor(s) and debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

5. That the trustee is directed to cease making any further distributions to the Creditor.

(Page 3 of 3)

Debtor: Shannan Colleen Harrigan
Case No.: **19-26545-MBK**
Caption of Order: **Order Vacating Stay As To Real Property Located at 242 Great Bay Blvd, Tuckerton, NJ 08087**

6. That this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

7. That the Creditor shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-26545-MBK
Shannan Colleen Harrigan                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 07, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shannan Colleen Harrigan, 242 Great Bay Blvd, Tuckerton, NJ 08087-2006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Chester A. Luszcz | on behalf of Creditor Holly Lake Park Residents Assn Inc luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Wells Fargo Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 dmcdonough@flwlaw.com, NRodriguez@flwlaw.com |
| Robert Cameron Legg | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Shannan Colleen Harrigan courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7