**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shannan Colleen Harrigan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5972<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–26545–MBK | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Shannan Colleen Harrigan

11/22/24                                                             **By the court:** Michael B. Kaplan
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-26545-MBK
Shannan Colleen Harrigan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Nov 22, 2024      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannan Colleen Harrigan, 242 Great Bay Blvd, Tuckerton, NJ 08087-2006 |
| cr | + | Holly Lake Park Residents Assn Inc, Hyberg White Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 518431114 | + | Capital One N.A., co Dept 110840, PO Box 1259, Oaks, PA 19456-1259 |
| 518431115 | | CitiBank N.A., P. O. Box 209020, Brooklyn, NY 11220-9020 |
| 518431121 | + | Holly Lake Park Residence Association In, c/o Diversified Property Management, 28 S. New York Rd., Ste. B-6, Absecon, NJ 08205-9695 |
| 518431122 | + | Holly Lake Park Residents Assoc. Inc., c/o Hyberg White & Mann, 2111 New Rd., Ste. 105, Northfield, NJ 08225-1512 |
| 518431123 | + | Holly Lake Park Residents Assoc., Inc., c/o Diversified Property Mngmt, 28 S. New York Rd., Ste. B-6, Absecon, NJ 08205-9695 |
| 518431133 | + | Select Portfolio Servicing, Inc, c/o Hyberg White & Mann, 2111 New Road, Ste. 105, Northfield, NJ 08225-1512 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518431111 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 22 2024 20:35:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518431113 | + | EDI: BANKAMER | Nov 23 2024 01:12:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518431112 | + | EDI: BANKAMER | Nov 23 2024 01:12:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518473240 | + | EDI: BANKAMER2 | Nov 23 2024 01:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518521600 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 20:38:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518431116 | + | EDI: CITICORP | Nov 23 2024 01:13:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518431117 | + | EDI: CITICORP | Nov 23 2024 01:13:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518431118 | + | EDI: COMCASTCBLCENT | Nov 23 2024 01:12:00 | Comcast, 403 South Street, Eatontown, NJ 07724-1867 |
| 518431119 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 22 2024 20:35:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518431120 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 22 2024 20:35:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518431124 | | EDI: IRS.COM | Nov 23 2024 01:13:00 | Internal Revenue Service, PO Box 7346, |

Case 19-26545-MBK    Doc 65    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- |
| 518431125 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2024 20:33:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518431126 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2024 20:33:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518444747 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518431128 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:31 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 518431127 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:31 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518431129 | + Email/PDF: bankruptcy_prod@navient.com | Nov 22 2024 20:37:29 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518431130 | + Email/PDF: bankruptcy_prod@navient.com | Nov 22 2024 21:01:38 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518431132 | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518431131 | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518522106 | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518524575 | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518534543 | Email/PDF: bankruptcy_prod@navient.com | Nov 22 2024 20:38:08 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518431138 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 22 2024 20:33:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518431134 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 22 2024 20:36:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 518431135 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 22 2024 20:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518431137 | + Email/Text: bankruptcy@sw-credit.com | Nov 22 2024 20:35:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 518431136 | + Email/Text: bankruptcy@sw-credit.com | Nov 22 2024 20:35:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518431140 | + EDI: SYNC | Nov 23 2024 01:13:00 | Syncb/napa, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518431139 | + EDI: SYNC | Nov 23 2024 01:13:00 | Syncb/napa, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518431141 | + EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank, Po Box 960061, Orlando, FL 32896-0061 |
| 518433617 | ^ MEBN | Nov 22 2024 20:27:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518431142 | + EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518431143 | + EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518431145 | + Email/Text: EDBKNotices@ecmc.org | Nov 22 2024 20:33:00 | U.S. Department of Education, Po Box 5609, Philadelphia, PA 19101-7346 |

Case 19-26545-MBK    Doc 65    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, TX 75403-5609 |
| 518431144 | + Email/Text: ECMCBKNotices@ecmc.org | Nov 22 2024 20:35:00 | | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 518505350 | EDI: WFFC2 | Nov 23 2024 01:13:00 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518431146 | + EDI: WFFC2 | Nov 23 2024 01:13:00 | | Wells Fargo Bank, N.A. - Wells, Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |
| 518556646 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 22 2024 20:36:00 | | Wells Fargo Bank, N.A., as trustee, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Chester A. Luszcz | on behalf of Creditor Holly Lake Park Residents Assn Inc luszcz@comcast.net  bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Robert Cameron Legg | on behalf of Debtor Shannan Colleen Harrigan courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7